1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HIEU PHAM,

          Plaintiff,

   v.

BOARD OF REGENTS OF THE
UNIVERSITY OF CALIFORNIA, et al.,

          Defendants.

Case No.  18-cv-01498-WHO

**ORDER GRANTING STIPULATION,
CONSOLIDATING CASES, AND
SETTING BRIEFING SCHEDULE**

The parties' stipulation (Dkt. No. 22) is GRANTED.

Plaintiff's motion to remand (Dkt. No. 19) is withdrawn.

This case is related to and consolidated with Case No. 17-cv-04194-WHO.

Consequently, plaintiff will need to file a Consolidated Complaint.

Plaintiff shall notify the Court by **Wednesday, June 6, 2018**, whether he intends to proceed on all the state claims asserted in the existing Complaint filed in this case.  If so, the Court will rule on the fully briefed and argued motion to dismiss the state law claims, and in that order will set a date for the filing of the Consolidated Complaint.

If plaintiff intends to drop some of the existing state law claims or believes that further factual amendment is required to state some of his state law claims (in light of defendants' motion to dismiss), he shall notify the Court of that by **Wednesday, June 6, 2018**, and his Consolidated Amended Complaint shall be filed on or before **June 18, 2018**.

      **IT IS SO ORDERED.**

Dated: June 4, 2018

William H. Orrick
United States District Judge